**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Shahab Kazemzadeh,<br><br>    Petitioner<br><br>v.<br><br>United States of America, et al.,<br><br>    Respondents | Case No.: 2:25-cv-01941-JAD-NJK |
| Ali Partovi,<br><br>    Petitioner<br><br>v.<br><br>Pamela Bondi, et al.,<br><br>    Respondents | Case No.: 2:25-cv-02283-JAD-DJA |
| Hamed Salimabadi,<br><br>    Petitioner<br><br>v.<br><br>Kristi Noem, et al.,<br><br>    Respondents | Case No.: 2:25-cv-02508-JAD-DJA |

**Order Consolidating for Hearing Motions for Temporary Restraining Order, Setting Briefing Deadlines, and Appointing FPD Counsel for Petitioner Kazemzadeh**

Petitioners Shahab Kazemzadeh, Hamed Salimabadi, and Ali Partovi have each been ordered removed from this country and are currently detained at the Nevada Southern Detention Center awaiting removal. Iran is the country of origin for each petitioner, and each petitioner has filed a motion for a temporary restraining order (TRO) directing his immediate release while his

habeas petition under 28 U.S.C. § 2241 is pending.[1]  Each petitioner argues that his detention has lasted beyond the presumptively reasonable six-month period established by *Zadvydas v. Davis* and that removal to Iran (or a third country) is not reasonably foreseeable.  Because the pending TROs involve common questions of law and fact, I consolidate them for a hearing on those motions only.[2]  That hearing will be held in person in Courtroom 6D of the Lloyd D. George Courthouse at 2:00 p.m. on Friday, January 9, 2026.

Upon further review of the issues presented in Kazemzadeh's case, I reconsider my previous denial of his motion for the appointment of counsel[3] and appoint the Federal Public Defender for the District of Nevada to represent him.  The appointed FPD must file a notice of appearance by Monday, January 5, 2026.

To ensure that the court has complete arguments in advance of the TRO hearing, I set the following briefing schedule for the TRO motions in each case:

- **Kazemzadeh**: The newly appointed FPD may file a supplemental brief in support of Kazemzadeh's TRO motion **by noon on Thursday, January 8, 2026**.
- **Partovi**: The government must file a **response to Partovi's TRO motion by noon on Tuesday, January 6, 2026**.  Partovi must file a **reply by noon on Thursday, January 8, 2026**.

---

[1] ECF No. 8 in *Kazemzadeh v. United States*, Case No. 2:25-cv-01941-JAD-NJK; ECF No. 11 in *Partovi v. Bondi*, Case No. 2:25-cv-02283-JAD-DJA; ECF No. 5 in *Salimabadi v. Noem*, 2:25-cv-02508-JAD-DJA.

[2] *See* L.R. 42-1(b) (establishing that the court "may make a determination to consolidate actions sua sponte" and that the court may consolidate "join for hearing or trial any or all matters at issue in the actions").  Some of the parties' arguments and factual circumstances differ, but I conclude that these differences can be probed during a joint hearing in which each petitioner is given the opportunity to argue.

[3] ECF No. 1-2 in *Kazemzadeh*, Case No. 2:25-cv-01941-JAD-NJK.

- **Salimabadi**: The government's unopposed motion to extend its deadline to file a response to the TRO motion and habeas petition[4] **is GRANTED**. The government will have until **noon on Tuesday, January 6, 2026,** to file a response to the TRO motion. **Salimabadi must file a response in support of his TRO motion by noon on January 8, 2026**. The government's response to the habeas petition is due Tuesday, January 6, 2026, and Salimabadi's reply is due January 13, 2026.

## Conclusion

IT IS THEREFORE ORDERED that Case Nos. 2:25-cv-01941-JAD-NJK, 2:25-cv-02283-JAD-DJA, and 2:25-cv-02508-JAD-DJA are **CONSOLIDATED for a hearing** on the pending motions for a temporary-restraining order filed in each case. **That hearing is set at 2:00 p.m. on Friday, January 9, 2026**, and will be held **in person in Courtroom 6D of the Lloyd D. George Courthouse.**

IT IS FURTHER ORDERED that the **Federal Public Defender for the District of Nevada is appointed to represent Kazemzadeh** in Case No. 2:25-cv-01941-JAD-NJK. **The Clerk of Court is directed to ELECTRONICALLY SERVE** upon the FPD a copy of this order and a copy of the habeas petition (ECF No. 1-1) in Case No. 2:25-cv-01941-JAD-NJK. **The FPD must file a notice of appearance in that case by Monday, January 5, 2026.**

IT IS FURTHER ORDERED that the **Clerk of Court is directed to SEND a copy of this order to Kazamzadeh**.

IT IS FURTHER ORDERED that the government's unopposed motion in *Salimabadi*, Case No. 2:25-cv-02508-JAD-DJA **[ECF No. 7] is GRANTED** in accordance with the schedule detailed in this order.

---

[4] ECF No. 7 in *Salimabadi*, Case No. 2:25-cv-02508-JAD-DJA.

IT IS FURTHER ORDERED that the parties in each case must file briefs related to the TRO motions in accordance with the schedule detailed in this order.

_____
U.S. District Judge Jennifer A. Dorsey
December 30, 2025