AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Hamed Salimabadi

                                **JUDGMENT IN A CIVIL CASE**

                 Petitioner,

    v.                          Case Number: 2:25-cv-02508-JAD-DJA

Noem et al

                Respondents.

___     **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___     **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

✕     **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

JUDGMENT in favor of Petitioner, Hamed Salimabadi, and against Respondents, Kristi Noem, Pamela Bondi, Todd M. Lyons, U.S. Immigration and Customs Enforcement, Jason Knight, Marcos Charles, John Mattos, U.S. Department of Homeland Security.

The petition for writ of habeas corpus is granted.

04/21/2026                                DEBRA K. KEMPI

Date                                          Clerk

                                                 /s/ AMMi

                                                 Deputy Clerk